| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____   Chapter   11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Anderson Bros. Storage and Moving Co.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  36-2358227

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1001 N. North Branch Street<br>Chicago, IL 60642<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  www.andersonmovers.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Anderson Bros. Storage and Moving Co. _____  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4214

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor __Anderson Bros. Storage and Moving Co.__ Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard?  _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other  _____<br>**Where is the property?**  _____<br>        Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49   ☐ 1,000-5,000   ☐ 25,001-50,000<br>☐ 50-99   ☐ 5001-10,000   ☐ 50,001-100,000<br>☐ 100-199   ☐ 10,001-25,000   ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000   ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000   ☐ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion<br>☒ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000   ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000   ☐ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>☒ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion |

Debtor  Anderson Bros. Storage and Moving Co.  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 23, 2024
MM / DD / YYYY

**X** /s/ Victor Rothstein                               Victor Rothstein
Signature of authorized representative of debtor         Printed name

Title  President

**18. Signature of attorney**

**X** /s/ Joel Schechter                                  Date  May 23, 2024
Signature of attorney for debtor                          MM / DD / YYYY

Joel Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  (312) 332-0267   Email address  joelschechter1953@gmail.com

3122099 IL
Bar number and State

Debtor  **Anderson Bros. Storage and Moving Co.**  Case number (if known) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 23, 2024__
MM / DD / YYYY

X _____    **Victor Rothstein**
Signature of authorized representative of debtor    Printed name

Title __President__

**18. Signature of attorney**

X _____    Date __May 23, 2024__
Signature of attorney for debtor    MM / DD / YYYY

**Joel Schechter**
Printed name

**Law Offices of Joel A. Schechter**
Firm name

**53 West Jackson Blvd
Suite 1522
Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone __(312) 332-0267__    Email address __joelschechter1953@gmail.com__

**3122099 IL**
Bar number and State

Fill in this information to identify the case:

Debtor name: Anderson Bros. Storage and Moving Co.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim ||| 
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 909 Partners LLC<br>40 East Huron<br>Suite 300<br>Chicago, IL 60611 | | Rent | | | | $7,500.00 |
| Atlas Toyota Material Handling LLC<br>c/o Atlas First Access, LLC<br>27302 Network Place<br>Chicago, IL 60673-1273 | | Trade debt | | | | $5,074.40 |
| Cassidy Tire<br>200 S. Church Street<br>Addison, IL 60101 | | Trade debt | | | | $1,300.00 |
| Central States Pension Fund<br>c/o Victoria Benitez<br>8647 West Higgins Road<br>Chicago, IL 60631 | | union benefits | | | | $29,969.28 |
| Fifth Third Bank<br>MD 1MOC2G<br>5050 Kingsley Drive<br>Cincinnati, OH 45227-1115 | | Credit card purchases | | | | $11,230.00 |
| Fifth Third Bank, N.A.<br>P.O. Box 630337<br>Cincinnati, OH 45263-0337 | | line of credit | | | | $84,996.12 |
| Flood Brothers<br>P.O. Box 7800<br>Carol Stream, IL 60197-7800 | | disposal services | | | | $1,625.00 |
| Illinois Department of Revenue<br>P.O. Box 19035<br>Elk Grove Village, IL 62794-9035 | | payroll tax | | | | $6,589.71 |

Official form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims       page 1

Debtor  Anderson Bros. Storage and Moving Co.
_____Name_____

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Insurance Company of the West<br>P.O. Box 509039<br>San Diego, CA 92150-9039 | | workers' comp insurance | | | | $2,166.78 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | payroll tax | | | | $14,909.73 |
| Johnson Controls Security Solutions LLC<br>P.O. Box 371967<br>Pittsburgh, PA 15251 | | Security Services | | | | $4,026.44 |
| Local 705 I.B.T.<br>c/o Jack Witt, Administrator<br>1645 West Jackson Blvd., Suite 700<br>Chicago, IL 60612 | | union benefits | | | | $251,084.00 |
| Penske Truck Leasing Co.<br>1200 Busse Road<br>Elk Grove Village, IL 60007 | | truck leases | | | | $11,821.39 |
| Porte Brown Accountants & Advisors<br>845 Oakton Street<br>Elk Grove Village, IL 60007 | | accounting services | | | | $11,050.00 |
| Technical Source, Inc.<br>1447 East Bonita Drive<br>Palatine, IL 60074 | | Trade debt | | | | $74,406.00 |
| The New Haven Companies, Inc.<br>P.O. Box 85167<br>Chicago, IL 60689-5167 | | Trade debt | | | | $17,360.00 |
| Transguard Insurance Co. of America<br>P.O. Box 51138<br>Los Angeles, CA 90074-1138 | | insurance coverages | | | | $8,100.00 |
| U.S. Small Business Administration<br>801 Tom Martin Drive Suite 120<br>Birmingham, AL 35211 | | PPP loan | Disputed | | | $174,507.44 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor  **Anderson Bros. Storage and Moving Co.**                                Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| WEX Bank<br>Exxonmobil Online<br>P.O. Box 639<br>Portland, ME 04104 | | fuel purchases | | | | $4,100.00 |
| WEX Bank<br>Shell Fleet<br>P.O. Box 639<br>Portland, ME 04104 | | fuel purchases | | | | $4,000.00 |

909 Partners LLC
40 East Huron Suite 300
Chicago, IL 60611


Atlas Toyota Material Handling LLC
c/o Atlas First Access, LLC
27302 Network Place
Chicago, IL 60673-1273


Cassidy Tire
200 S. Church Street
Addison, IL 60101


Central States Pension Fund
c/o Victoria Benitez
8647 West Higgins Road
Chicago, IL 60631


Fifth Third Bank
MD 1MOC2G 5050 Kingsley Drive
Cincinnati, OH 45227-1115


Fifth Third Bank
6401 North Lincoln Avenue
Lincolnwood, IL 60712


Fifth Third Bank, N.A.
P.O. Box 630337
Cincinnati, OH 45263-0337


Flood Brothers
P.O. Box 7800
Carol Stream, IL 60197-7800


Full Circle Electronics
c/o Larisa Pustilnik
1300 WN Thorndale Avenue
Elk Grove Village, IL 60007


Gene Goodwillie
1820 N. 30th Avenue
Melrose Park, IL 60160


Hinckley Springs
P.O. Box 660579
Dallas, TX 75266-0579


Illinois Department of Revenue
P.O. Box 19035
Elk Grove Village, IL 62794-9035


Insurance Company of the West
P.O. Box 509039
San Diego, CA 92150-9039

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Ionos Inc.
2 Logan Square
100 N. 18th St., Suite 400
Philadelphia, PA 19103


Johnson Controls Security Solutions LLC
P.O. Box 371967
Pittsburgh, PA 15251


Local 705 I.B.T.
c/o Jack Witt, Administrator
1645 West Jackson Blvd., Suite 700
Chicago, IL 60612


Local 705 I.B.T. Health & Welfare Funds
3030 39th Avenue Suite 127
Kenosha, WI 53144


M & J Parking
436 West 25th Place
Chicago, IL 60616


New Haven Moving Equipment
3971 South Lakeside Drive Suite 100
Waukegan, IL 60085-8002


Patrick N. Ryan
Baum Sigman Auerbach & Neuman. Ltd.
200 West Adams St., Suite 1825
Chicago, IL 60606


Penske Truck Leasing Co.
1200 Busse Road
Elk Grove Village, IL 60007


Porte Brown Accountants & Advisors
845 Oakton Street
Elk Grove Village, IL 60007


Quadient Finance USA, Inc.
P.O. Box 6813
Carol Stream, IL 60197-6813


Techlife
410 Warrenville Road Lower Level
Lisle, IL 60532


Technical Source, Inc.
1447 East Bonita Drive
Palatine, IL 60074

```
The New Haven Companies, Inc.
P.O. Box 85167
Chicago, IL 60689-5167


Transguard Insurance Co. of America
P.O. Box 51138
Los Angeles, CA 90074-1138


Transworld Systems Inc.
500 Virginia Drive Suite 514
Fort Washington, PA 19034


U.S. Department of Treasury
P.O. Box 979131
Saint Louis, MO 63197-9000


U.S. Small Business Administration
801 Tom Martin Drive Suite 120
Birmingham, AL 35211


Verizon Wireless
P.O. Box 15069
Albany, NY 12212


WEX Bank
Exxonmobil Online P.O. Box 639
Portland, ME 04104


WEX Bank
Shell Fleet P.O. Box 639
Portland, ME 04104


Xtra Lease
5330 West 47th Street
Chicago, IL 60638-1805
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  Anderson Bros. Storage and Moving Co.  
                                          Debtor(s)

Case No. _____  
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Anderson Bros. Storage and Moving Co.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 23, 2024  
Date

Joel Schechter  
Signature of Attorney or Litigant  
Counsel for  Anderson Bros. Storage and Moving Co.  
Law Offices of Joel A. Schechter  
53 West Jackson Blvd  
Suite 1522  
Chicago, IL 60604  
(312) 332-0267  Fax:  
joelschechter1953@gmail.com